# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 19- 43 |
| v. | : | DATE FILED:   January 17, 2019 |
| JOSEPH BLEIER | : | VIOLATIONS: |
| a/k/a "Mike," | | 18 U.S.C. § 2422(b) (use of an interstate |
| a/k/a "Polar Bear" | : | commerce facility to entice a minor to |
| | | engage in sexually explicit conduct – 1 |
| | : | count) |
| | | 18 U.S.C. § 2423(b) (travel with intent to |
| | : | engage in illicit sexual conduct – 1 count) |
| | | Notice of forfeiture |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

In or about May 2016 through in or about August 2016, in the Eastern District of

Pennsylvania, and elsewhere, the defendant,

**JOSEPH BLEIER,**
**a/k/a "Mike,"**
**a/k/a "Polar Bear"**

knowingly used a facility and means of interstate and foreign commerce, that is, the Internet, to

persuade, induce, entice and coerce Minor #1, a person known to the grand jury, who had not

attained the age of 18 years, to engage in sexual activity for which any person could be charged

with a criminal offense, and did attempt to do so, that is, defendant Joseph BLEIER enticed and

attempted to entice Minor #1 to engage in involuntary deviate sexual conduct, in violation of 18

Pa.C.S. § 3123, and aggravated indecent assault of a person under the age of 16 years, in

violation of 18 Pa.C.S. § 3125(a)(8).

In violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 23, 2016, in the Eastern District of Pennsylvania, and elsewhere, defendant

**JOSEPH BLEIER,**
**a/k/a "Mike,"**
**a/k/a "Polar Bear"**

traveled in interstate commerce, that is from the State of New York to Lancaster, Pennsylvania for the purpose of engaging in illicit sexual conduct with Minor #1, a person who had not attained the age of 18 and is known to the grand jury.

In violation of Title 18, United States Code, Section 2423(b).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

      1.    As a result of the violations of Title 18, United States Code, Sections 2422(b) and 2423(b), as set forth in this indictment, defendant

**JOSEPH BLEIER,**
a/k/a "Mike,"
a/k/a "Polar Bear"

shall forfeit to the United States of America his interest in:

      (a)    any property, real or personal, used or intended to be used to commit or to facilitate the commission of such violations; and

      (b)    any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of such violations.

      All pursuant to Title 18, United States Code, Section 2428.

**A TRUE BILL:**

_____
**GRAND JURY FOREPERSON**

*Denise Wolf for*
_____
**WILLIAM M. McSWAIN**
**United States Attorney**

3